IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. NAWI,

    Petitioner,

  v.

R. EVANS, Warden,

    Respondent.

No. C 07-261 SI

**ORDER GRANTING PETITIONER'S MOTION TO REOPEN ACTION, TO LIFT STAY, AND FOR LEAVE TO AMEND PETITION**

    By order filed February 25, 2008, the Court granted petitioner's motion for stay and abeyance to allow petitioner to exhaust his state court remedies regarding his claim of ineffective assistance of appellate counsel. The order directed petitioner to file a motion to reopen this action within 30 days of exhausting the unexhausted claim. Petitioner informs the Court that on February 11, 2009, the California Supreme Court summarily denied his petition for writ of habeas corpus which raised the ineffective assistance of appellate counsel claim. Petitioner now moves to reopen the action and lift the stay, and for leave to amend the petition to include the newly exhausted claim.

    The Court GRANTS the motion. (Docket No. 20). The Court previously found that petitioner's claims are cognizable in a federal habeas action. The Clerk shall serve by certified mail a copy of this order, the amended petition and all attachments thereto upon respondent and respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this order on petitioner and petitioner's counsel at the mailing address provided.

    Respondent must file and serve upon petitioner, on or before **April 24, 2009**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all

portions of the transcript that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.[1]  If petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on respondent on or before **May 29, 2009**.

Since petitioner is now represented by counsel, all counsel are informed that the case number for future filings is C-07-261 SI, without the "(pr)."

**IT IS SO ORDERED.**

Dated: March 20, 2009

SUSAN ILLSTON
United States District Judge

---

[1] Respondent may incorporate by reference the portions of the transcript that were previously filed in response to the original petition, and need only supplement that transcript as necessary to address the new claim of ineffective assistance of appellate counsel.

2