IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROBERT C. NAWI,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**R. EVANS, Warden,**<br><br>　　　　　　　　　　　Respondent. | C 07-0261 SI (PR)<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME** |

GOOD CAUSE APPEARING, respondent is granted an additional sixty (60) days to and including June 23, 2009, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within thirty (30) days after the answer has been filed and served.

DATED: 5/13/09  _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE