1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6            FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

**United States District Court**
**For the Northern District of California**

8  ROBERT C. NAWI,                                    No. C 07-261 SI
9              Petitioner,                             **ORDER GRANTING APPLICATION**
                                                       **FOR EXTENSION OF TIME**
10      v.
11  R. EVANS, Warden,
12              Respondent.
                                                    /
13
14          Respondent has filed an  application seeking another extension of time to file the answer to the
15  petition for writ of habeas corpus.  The Court GRANTS the application.  Respondent shall have until
16  December 6, 2010 to file the answer.  NO further extensions of time will be granted.
17
18          **IT IS SO ORDERED.**
19
20  Dated: November 1, 2010                          _____
                                                     SUSAN ILLSTON
21                                                   United States District Judge
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California