**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. NAWI,

    Petitioner,

  v.

R. EVANS,

    Respondent.

No. C 07-00261 SI

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS FOR EVIDENTIARY HEARING AND DISCOVERY**

Currently before the Court is petitioner's request for an extension of time, allowing petitioner 120 days, instead of the 14 days provided by Habeas L.R. 2254-7, to file motions requesting an evidentiary hearing and discovery. Petitioner argues he is entitled to a 120 day extension given the length of the underlying state court record, the length of the First Amended Petition, and the extraordinary extensions of time respondent was given to file an amended answer. *See* Memorandum in Support of Traverse [Docket No. 65] at 2. Petitioner, however, does not explain what discovery he needs or what evidence he seeks to establish that is outside of the underlying state court record. As petitioner's trial counsel in the state trial court proceedings, petitioner's habeas counsel is intimately familiar with the record and any holes that may exist, and should be able to provide a more detailed justification in support of the lengthy extension petitioner seeks.

The Court, however, believes that a short extension is warranted and GRANTS petitioner a 45 day extension to file motions for an evidentiary hearing or discovery. **Any motion for an evidentiary hearing or discovery must be filed within 45 days of the date of this Order.**

**IT IS SO ORDERED.**

Dated: January 27, 2011

SUSAN ILLSTON
United States District Judge