IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. NAWI, | No. C 07-00261 SI |
| Petitioner, | **ORDER RE NOTICE OF INTENTION NOT TO FILE MOTION** |
| v. | |
| R. EVANS, | |
| Respondent. | |

The Court has received petitioner's Notice of his intention not to file a motion for evidentiary hearing or motion for discovery. Docket No. 69. Accordingly, as no other motion or request is pending, and as the amended answer and traverse have been filed, the Court considers the matter submitted and will proceed to adjudicate the petition.

**IT IS SO ORDERED.**

Dated: March 28, 2011

SUSAN ILLSTON
United States District Judge