IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. NAWI, | No. C 07-0261 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. EVANS, Warden, | |
| Respondent. / | |

The petition for writ of habeas corpus has been denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 23, 2011

_____
SUSAN ILLSTON
United States District Judge