IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. NAWI, | No. C 07-261 SI |
|     Petitioner, | **ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY** |
|    v. | |
| R. EVANS, Warden, | |
|     Respondent. | |

Petitioner's motion for a certificate of appealability is DENIED. Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). It cannot be said that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 413, 484 (2000). The denial of the certificate of appealability is without prejudice to petitioner seeking a certificate from the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: September 1, 2011

SUSAN ILLSTON
United States District Judge